VICTOR LA BRUNO, *ET AL.*, PLAINTIFFS-PETITIONERS, CROSS-RESPONDENTS, v. ALONZO W. LAWRENCE, DEFENDANT-RESPONDENT, CROSS-PETITIONER.

See same case below: 64 *N. J. Super.* 570.

*Messrs. Winetsky & Brody* for the petitioners, cross-respondents.

*Messrs. McGlynn, Stein & McGlynn* for the respondent, cross-petitioner.

March 13, 1961.  Denied.

DOMINICK G. FEBBI, *ET AL.*, RESPONDENTS, v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, AND FORD MOTOR COMPANY, PETITIONERS.

See same case below: 65 *N. J. Super.* 57.

*Mr. Clarence F. McGovern* and *Mr. Edward A. Kaplan* for the petitioner, Board of Review.

*Messrs. Lynch, Lora & Milstein* and *Mr. Benjamin Gross* for the petitioner, Ford Motor Company.

*Mr. Peter C. Cammelieri* and *Mr. Alfred C. Clapp* for the respondents.

March 13, 1961.  Granted.